Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000602
04-JAN-2019
08:47 AM

NO. CAAP-18-0000602

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


THERESA CHANG,
Claimant-Appellant-Appellee,
v.
BANK OF HAWAII,
Employer-Appellee-Appellant,
and
FIRMS CLAIMS SERVICES,
Insurance Carrier-Appellee-Appellant


APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2016-246)
(DCD NO. 2-14-48585)


ORDER APPROVING STIPULATION
FOR DISMISSAL OF APPEAL
(By: Ginoza, Chief Judge, Fujise and Leonard, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed on December 12, 2018, by Employer-Appellee-Appellant Bank of Hawaii and Insurance Carrier-Appellee-Appellant Firms Claims Services (collectively Appellants), the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal with prejudice and Appellants agree to pay Claimant-Appellant-Appellee Teresa Chang's reasonable attorneys' fees and costs incurred during the pendency of this appeal, subject to review by Appellants and approval by the Labor and Industrial Relations

Appeals Board; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the Stipulation for Dismissal of Appeal is approved, and the appeal is dismissed with prejudice, pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b).

DATED:   Honolulu, Hawai'i, January 4, 2019.


Chief Judge

Associate Judge

Associate Judge

2